1  Nicholas J. Neidzwski, CSB No. 273020                    JS-6
2  BOATLAW, LLP
   1440 10th Street, Suite 102-C
3  Bellingham, WA 98225
4  Telephone:    (360) 671-6711
   Fax:          (360) 647-2943
5  E-mail:       nick@boatlaw.com
       Attorneys for Plaintiff
6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| DAVID SEGARRA and EFREN GUILLEN, individuals, | Case No.: 2:25-cv-05156-BFM |
|---|---|
| Plaintiffs, | **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WEYNANDS, INC., | HONORABLE JUDGE BRIANNA FULLER MIRCHEFF |
| Defendant. | |

ORDER RE STIPULATION FOR
DISMISSAL WITH PREJUDICE CASE
NO.: 2:25-cv-05156-BFM
PAGE - 1

1
2   Based on the foregoing stipulation, IT IS HEREBY ORDERED that the above
3   entitled matter, in its entirety, is hereby dismissed with prejudice with each party to bear
4   their own costs and attorney's fees.
5
6
7   IT IS SO ORDERED.
8
9   Dated: ___January 14, 2026___   _____
10
11                                  Honorable Brianna Fuller Mircheff
                                    United States Magistrate Judge
12
13
...
28  ORDER RE STIPULATION FOR
    DISMISSAL WITH PREJUDICE CASE
    NO.: 2:25-cv-05156-BFM
    PAGE - 2